## Ex parte Harold METZGER.
### No. 17804.

Court of Criminal Appeals of Texas.
Oct. 16, 1935.

Frank E. Mann, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

This is a companion case to that of Ex parte John Tally (No. 17803) 86 S.W. (2d) 767, opinion this day handed down. The record in this case and the one in said cause No. 17803 are identical in all respects. The statement of facts in this case is not approved by the trial court. The application for writ of habeas corpus is not accompanied by a copy of the complaint. The judgment will be affirmed.